## AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL. *v.* UNITED STATES ET AL.

No. 510.  Decided January 17, 1966.*

*Peter T. Beardsley, Richard R. Sigmon, Bryce Rea, Jr.,* and *Ralph C. Busser, Jr.,* for appellants in No. 510. *Carl Helmetag, Jr.,* for appellant in No. 511.

*Solicitor General Marshall, Assistant Attorney General Turner, Lionel Kestenbaum* and *Robert W. Ginnane* for the United States et al.  *John F. Donelan* and *John M. Cleary* for National Industrial Traffic League, appellee in both cases.  *Joseph E. Keller* and *W. H. Borghesani, Jr.,* for South Paterson Trucking Co., Inc., et al.; and *William A. Goichman* and *Joseph C. Bruno* for Pennsylvania Public Utility Commission, appellees in No. 511.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted.

---

*Together with No. 511, *Pennsylvania Railroad Co.* v. *United States et al.,* also on appeal from the same court.